

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 28, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Jeffrey M. McMeel, Social Security Number: ▬▬▬▬▬, covering Civil Penalty for the period ending December 31, 2004 ─────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Debbie Okray
Chief, Accounting Operations



Catalog Number 19002E

Form **2866** (Rev. 09-1997)

Exhibit 1
Page 1 of 5

JEFFREY M MCMEEL                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-441-52008-9  20090708 | 10,000.00 | | 03-02-2009 |
| | ADDITIONAL TAX ASSESSED 92254-441-52008-9  20090708 | | 0.00 | 03-02-2009 |
| 06-29-2009 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-15-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-16-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 09-04-2009 | FEDERAL TAX LIEN | | | |
| 09-28-2009 | FEES AND COLLECTION COSTS | 124.00 | | |
| 10-05-2009 | SUBSEQUENT PAYMENT LEVY | | 359.62 | |
| 12-28-2009 | SUBSEQUENT PAYMENT LEVY | | 359.62 | |

FORM 4340  (REV. 01-2002)            PAGE    1

Exhibit 1
Page 2 of 5

```
JEFFREY M MCMEEL                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2004

                                    ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                    (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------


10-14-2009  SUBSEQUENT PAYMENT                       359.62
            LEVY
            1040      200412


10-27-2009  SUBSEQUENT PAYMENT                       359.62
            LEVY
            1040      200412


11-13-2009  SUBSEQUENT PAYMENT                       359.62
            LEVY
            1040      200412


11-30-2009  SUBSEQUENT PAYMENT                       359.62
            LEVY
            1040      200412


12-14-2009  SUBSEQUENT PAYMENT                       359.62
            LEVY
            1040      200412


04-17-2010  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2
```

Exhibit 1
Page 3 of 5

```
JEFFREY M MCMEEL                         EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

                                     ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT    DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
----------------------------------------------------------------------

05-10-2010  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

            MISCELLANEOUS PENALTY                   15,000.00   07-12-2010
            IRC 6702 PENALTY FOR
            FILING FRIVOLOUS INCOME
            TAX RETURN
            83254-569-53349-0   20102608

            ADDITIONAL TAX ASSESSED                    0.00    07-12-2010
            83254-569-53349-0   20102608

07-12-2010  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

02-07-2011  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

03-02-2009 Statutory Notice of Balance Due

04-06-2009 Notice of Balance Due

05-11-2009 Statutory Notice of Intent to Levy

07-12-2010 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3
```

Exhibit 1
Page 4 of 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JEFFREY M MCMEEL                              EIN/SSN: ▇▇▇▇▇▇▇


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2004
------------------------------------------------------------------------


BALANCE        22,606.66

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____[signature]_____

PRINT NAME: __Debbie Okray_____

TITLE: __Chief, Accounting Operation_____

DELEGATION ORDER: __WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 01/28/2013

FORM 4340  (REV. 01-2002)               PAGE    4

Exhibit 1
Page 5 of 5