The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Jeffery Mark McMeel,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 3:12-cv-6067-BHS<br><br>[Proposed] ORDER GRANTING UNITED STATES' MOTION TO DISMISS |

Having read and considered the United States' Motion, and, for good cause shown, the Court GRANTS the Motion and DISMISSES Plaintiff's complaint under Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order
Granting Motion to Dismiss
Case No. 3:12-cv-6067-BHS                    1

Quinn P. Harrington, 202.514.6507
U.S. Department of Justice, Tax Division
P.O. Box 683, Washington, D.C. 20044-0683

Presented by,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Tel:    202.514.6507
Fax:    202.307.0054
quinn.p.harrington@usdoj.gov

Of Counsel:

JENNY A. DURKAN
United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98104

[Proposed] Order
Granting Motion to Dismiss
Case No. 3:12-cv-6067-BHS                                              - 2 -

Quinn P. Harrington, 202.514.6507
U.S. Department of Justice, Tax Division
P.O. Box 683,Washington, D.C. 20044-0683